UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABEL LAZCANO, *et al.*, | No. 2:22-cv-1776RSL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| LOREN K. MILLER, *et al.*, | |
| Defendants. | |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to complete the processing of Plaintiffs' Form I-601A, Application for Provisional Unlawful Presence Waiver, and thereafter for the State Department to schedule a DS-260 immigrant visa interview at the U.S. Consulate in Ciudad Juarez, Mexico. Defendants have not yet responded to the complaint. For good cause, the parties request that the case be held in abeyance until April 28, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1
(22-cv-1776RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS issued a Request for Evidence ("RFE") on January 11, 2023. Plaintiffs responded to the RFE earlier this month. Prior to adjudication, USCIS must review and consider the RFE response. The State Department cannot schedule an interview until the I-601A has been adjudicated. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 28, 2023. The parties will submit a joint status report on or before April 28, 2023.

Dated: February 23, 2023                                   Respectfully submitted,

                          NICHOLAS W. BROWN
                          United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Clayton Cook-Mowery*
CLAYTON COOK-MOWERY
WSBA#41110
Quiroga Law Office, PLLC
505 N. Argonne Road, Suite B109
Spokane Valley, Washington 99212
Phone: 509-927-3840
Email: clay@quirogalawoffice.com
*Attorneys for Plaintiffs*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 2
(22-cv-1776RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until April 28, 2023.  The parties shall submit a joint status report on or before April 28, 2023.  It is so **ORDERED**.

DATED this 28th day of February, 2023.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
(22-cv-1776RSL
- 3 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970